

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| FERMIN GENE RAYOS, JR., | § | No. 08-16-00211-CR |
| Appellant, | § | Appeal from the |
| v. | § | 119th District Court |
| THE STATE OF TEXAS, | § | of Tom Green County, Texas |
| State. | § | (TC# B-15-0405-SB) |
|  | § |  |

# **O R D E R**

On April 4, 2017, the Court granted Appellant's pro se motion for access to the appellate record and forwarded an electronic copy of the appellate record on CD. The Court has been informed that Appellant does not have access to a computer and will be unable to review the record on CD. Therefore, it is ORDERED that the Clerk of this Court, forward a paper copy of the clerk's record and reporter's record, and any supplemental records, to the Warden of the Allred Unit, 2101 FM 369 North, Iowa Park, Texas 76367. The record shall be made available to Appellant (TDCJ #2079501), under the supervision of the Law Librarian or designee, for his review and use in preparing a brief. Appellant is directed to notify the Court within thirty days whether he intends to file a brief. Further, it is not necessary for the record to be returned to this Court and it may be destroyed by the Warden after Appellant has filed his brief. Further, the appellant's brief is due on or before **May 19, 2017.**

IT IS SO ORDERED this 6th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.